## Losses Associated with Swap Agreements
## City of Albuquerque Fixed Price Contract

| Direct Loss on Hedge (Swap Contracts) | |
|---|---|
| Contract Month | Amount Settled (Gain)/Loss |
| Jul-20 | $ 202,692.84 |
| Aug-20 | $ 195,135.22 |
| Sep-20 | $ 231,809.96 |
| Oct-20 | $ 229,148.52 |
| Nov-20 | $ 197,500.98 |
| Dec-20 | $ 118,643.86 |
| Jan-21 | $ 51,425.27 |
| Feb-21 | $ (46,028.06) |
| Mar-21 | $ (105,937.31) |
| Apr-21 | $ (105,464.37) |
| May-21 | $ (162,918.48) |
| Jun-21 | $ (204,149.44) |
| **Total** | **$ 601,858.99** |
| **Total loss on the 12 month swap** | |

### Anticipated Fuel Profits

| Product | Gallons | Gross Per Gallon Profit | Total Profit |
|---|---|---|---|
| RBOB | 1,861,404 | $ 0.02 | $ 37,228.08 |
| ULSD | 3,516,948 | $ 0.02 | $ 70,338.96 |
| | | Total | $ 107,567.04 |

Planned on 293,079 gallons of ULSD/month and 155,117 of RBOB per month. Based on historical information provided by the City during bidding process.

### Anticipated Freight Profits

| Product | # of Loads | Gross Per Load Profit | Total Profit |
|---|---|---|---|
| RBOB | 233 | $ 88.59 | $ 20,612.72 |
| ULSD | 469 | $ 88.59 | $ 41,542.19 |
| | | Total | $ 62,154.91 |
| | Less: Loads Hauled for TAC City of ALB 070120-063021 | | $ 8,593.23 |
| | | Net | $ 53,561.68 |

Assume 7,500 gallons of ULSD per load and 8,500 gallons of RBOB per load.

**Total Losses     $ 776,871.60**

### Market Position/Margin Requirements

#### Line of Credit Interest Payments

| Month | Amount |
|---|---|
| Jun-20 | $ 12,626.01 |
| Dec-20 | $ 1,221.78 |
| Mar-21 | $ 36.10 |
| **Total** | **$ 13,883.89** |

#### Margin Requirements (Feb 3- Dec 31, 2020)

| | |
|---|---|
| Average | $ 2,910,622 |
| Maximum | $ 4,657,033 |
| Minimum | $ 270,164 |

Bank increased LOC by $1,000,000 during 2020

Exhibit 1-H
DAVIDSON 000104

| InvoiceNo | Invoice # | InvoiceDt | InvoiceTotal | Qty |
|---|---|---|---|---|
| **Albuq City Pino** | | | | |
| Total | 11 | | $ 2,245.99 | 87,568 |
| **Albuq Eastside Fueling Station Animal Welfare** | | | | |
| Total | 10 | | $ 2,130.61 | 81,998 |
| **Albuq Solid Waste** | | | | |
| Total | 1 | | $ 245.53 | 7,493 |
| **City of Albuq 4th Street** | | | | |
| Total | 24 | | $ 5,111.06 | 200,230 |
| **City of Albuq Daytona Rd** | | | | |
| Total | 45 | | $ 8,652.36 | 344,642 |
| **City of Albuq Yale site** | | | | |
| Total | 6 | | $ 1,178.04 | 46,017 |
| **Total Flying Star Revenue** | 97 | | $ 19,563.59 | 767,948 |
| | **Gross Profit per lo** | **$ 88.59** | **$ 8,593.23** | |